Bowman *v.* Press Publishing Company, Appellant.

Argued October 10, 1934.  Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

534

*William H. Eckert,* with him *David B. Buerger,* of *Smith, Buchanan, Scott & Gordon,* for appellant.

*Clyde A. Armstrong,* of *Thorp, Bostwick, Reed & Armstrong,* for appellee, was not heard.

PER CURIAM, November 26, 1934:

The questions involved in this appeal are fully and correctly disposed of in the opinion of the court below by Judge PATTERSON.

The judgment is affirmed on that opinion.